The People of the State of Illinois, defendant in error, v. Herbert H. Hinds, plaintiff in error. Gen. No. 26,983.

Prosecution for larceny. Defendant convicted. Error to the Criminal Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the October term, 1921 Affirmed. Opinion filed April 3, 1922.

Irwin R. Hazen and Thomas E. Swanson, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson, Clyde C. Fisher and Henry T. Chace, Jr., of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Henry D. Mercer, defendant in error, v. E. McNeal & Company, plaintiff in error. Gen. No. 27,021.

Action for money paid for corporate stock which defendant failed to deliver. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922. Rehearing denied April 17, 1922. *Certiorari* denied by Supreme Court (making opinion final).

W. J. Lewis and John M. Duffy, for plaintiff in error. Rosenthal, Hamill & Wormser, for defendant in error; Charles H. Hamill and Herman L. Ellsworth, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

John R. Junkin, appellee, v. Frank W. Fries, appellant. Gen. No. 27,031.

Action upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922.

Bernard F. Johnston, for appellant. Fischel & Kahn, for appellee. Mr. Justice McSurely delivered the opinion of the court.

Morris Lowenthal, trading as Garden City Window Shade Company, appellee, v. Chicago Mercantile Company, appellant. Gen. No. 27,056.

Action for contract price of window shades. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922.

Sylvanus George Levy, for appellant. Benjamin E. Cohen, for appellee.

Mr. Justice McSurely delivered the opinion of the court.